IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MAURINE L. HILL | ) | Case No. 15-12916 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

Please enter the appearance of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. and Benjamin P. Smith, Esquire, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, as attorneys for Hard Money Bankers, LLC, a secured party in the above-captioned proceeding.

This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002, that all notices, plans, orders and other pleadings required to be mailed to creditors under Bankruptcy Rule 2002 be first class mailed or delivered via electronic (ECF) filing to the following:

Benjamin P. Smith, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
bsmith@shulmanrogers.com

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:  /s/  Benjamin P. Smith
Benjamin P. Smith (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:   (301) 230-5241
FAX:   (301) 230-2891
Email:  bsmith@shulmanrogers.com
*Attorney for Hard Money Bankers, LLC*

### CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing:

Tommy Andrews, Jr.               tandrews@andrewslaw.net
*Counsel for Debtor*

Timothy P. Branigan              cmecf@chapter13maryland.com
*Chapter 13 Trustee*

To the extent that the following persons were not served electronically via CM/ECF system, a copy of the **Entry of Appearance and Request for Notices** was first class mailed, postage prepaid, this 20th day of April, 2015, to:

Maurine L. Hill
PO Box 270
Temple Hills, MD 20746
*Debtor*

 /s/   Benjamin P. Smith
Benjamin P. Smith