

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re: ) | |
| ) | |
| MAURINE L. HILL ) | Case No. 15-12916-WIL |
| ) | Chapter 13 |
| Debtor ) | |

### CONSENT ORDER GRANTING MOTION FOR AUTHORITY TO SELL
### REAL PROPERTY OF THE DEBTOR'S BANKRUPTCY ESTATE

UPON CONSIDERATION of the Debtor's Motion pursuant to 11 U.S.C. §363(b)(1) and Federal Bankruptcy Rule 6004(g) for Authority to Sell Real Property known as 4007 Lyons Street, Temple Hills, MD 20748 and the agreement of the parties involved, it is hereby;

**ORDERED**, that the Motion is GRANTED, and that the Debtor is authorized to sell the property known as 4007 Lyons Street, Temple Hills, MD 20748; and it is further

**ORDERED**, that after the payment of all real property taxes, properly perfected liens of record and the usual and ordinary expenses of sale, the settlement agent shall forward to the below-listed Chapter 13 Trustee any and all sales proceeds of the sale for dedication to said plan; and it is further,

**ORDERED,** that the Debtor has the authority to execute all documents reasonably required to complete the transaction contemplated by the Agreement; and it is further,

**ORDERED**, that the sale does not affect HMB Servicing, LLC's secured status against 3806 Cedar Drive, Suitland MD 20746 and 2107 Roxanne Place, Temple Hills, MD 20748; and it is further

**ORDERED,** that a copy of the HUD-1 settlement statement shall be forwarded by the settlement agent to the Chapter 13 Trustee immediately upon consummation of the sale; and it is further,

**ORDERED** that this Order shall not be stayed pursuant to Federal Bankruptcy Code Rule 6004(g).

SEEN AND CONSENTED TO:

| | |
|---|---|
| /s/ Benjamin P. Smith | /s/ Tommy Andrews, Jr. |
| Benjamin P. Smith, Esq. | Tommy Andrews Jr., Esq. |
| 12505 Park Potomac Ave., 6th Floor | 122 North Alfred Street |
| Potomac, MD  20854 | Alexandria, VA 22314 |
| Bar #17680 | Bar #012521 |
| Attorney for HMB Servicing, LLC | Attorney for Debtor |

/s/ Evan Meyers
Evan Meyers, Esq.
6801 Kenilworth Ave., Suite 400
Riverdale, MD  20737-1385
Attorney for Prince George's County


I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order."

      /s/  Tommy Andrews, Jr.
      Tommy Andrews, Jr., Esq.

Copies to:

| | |
|---|---|
| Timothy P. Branigan, Esq | Office of the US Trustee |
| Chapter 13 Trustee | 6305 Ivy Lane |
| PO Box 1902 | Suite 600 |
| Laurel, MD  20725-1902 | Greenbelt, MD  20770-6305 |
| | |
| Maurine Hill | Tommy Andrews, Jr., Esq. |
| PO Box 720 | 122 North Alfred Street |
| Temple Hills, MD  20746 | Alexandria, VA 22314 |
| | |
| HMB Servicing, LLC | Prince George's County |
| c/o Benjamin P. Smith, Esq. | c/o Evan Meyers, Esq. |
| Shulman, Rogers, Gandal, Pordy & Ecker, P.A. | Meyers, Rodbell & Rosenbaum, PA |
| 12505 Park Potomac Ave., 6th Floor | 6801 Kenilworth Ave., Suite 400 |
| Potomac, MD  20854 | Riverdale, MD  20737-1385 |

All creditors on the matrix


**END OF ORDER**