

**WENDELIN I. LIPP**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | |
|---|---|
| In re: : | |
| : | |
| MAURINE L. HILL, : | Case No. 15-1-2916-WIL |
| : | Chapter 13 |
| Debtor. : | |
| : | |

### ORDER APPROVING SHORT SALE
### 3806 CEDAR DRIVE

Upon a motion and/or notice by the debtor for approval of a short sale, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the debtor in this case by notice filed May 13, 2015, of property known as 3806 Cedar Drive, Suitland, Maryland (the ("Property"), is approved by the court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the Property shall be paid in full at settlement unless the lienholder(s) agree in writing to a lesser amount shall be paid to satisfy payment of the outstanding secured debt; and it is further

- 1 -

**ORDERED**, that any lienholder whose claim is secured by the Property shall be permitted to amend its previously filed proof of claim to reflect an unsecured claim resulting from the effect of 11 U.S.C. § 506(a) and/or sale of the Property; and it is further

**ORDERED**, that after payment of the costs of closing and satisfaction of liens upon the Property or payment of the liens as agreed to in writing by the lienholder(s), the settlement office shall remit directly to the Chapter 13 Trustee the total remaining net proceeds, if any, together with a copy of the executed settlement sheet (HUD-1); and it is further

**ORDERED**, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

copies to:

Chapter 13 Trustee
Debtor(s)
Debtor(s)' Counsel

**END OF ORDER**